UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN LEE MORGAN,

         Plaintiff,

   v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

         Defendant.

CASE NO. C09-5771BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 19). The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R (Dkt. 19) is **ADOPTED**;

(2) The Administrative Law Judge's decision finding that Plaintiff is no longer disabled for purposes of receiving Social Security benefits is **AFFIRMED**; and

(3) Plaintiff's complaint in this action is **DISMISSED with prejudice**.

DATED this 14th day of February, 2011.

                                             BENJAMIN H. SETTLE
                                             United States District Judge

ORDER