# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOHN LEE MORGAN,

          v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

JUDGMENT IN A CIVIL CASE

CASE NO. C09-5771BHS

___    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)    The R&R (Dkt. 19) is **ADOPTED**;

(2)    The Administrative Law Judge's decision finding that Plaintiff is no longer disabled for purposes of receiving Social Security benefits is **AFFIRMED**; and

(3)    Plaintiff's complaint in this action is **DISMISSED with prejudice**.

| February 15, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |
| | *s/ Mary Trent* |
| | Deputy Clerk |